# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 28, 2020

## NO. 03-19-00108-CV

**Firststone Heights LLC (1512 Forest Trail Apts), Appellant**

**v.**

**Travis Central Appraisal District, Appellee**

## APPEAL FROM THE 126TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES BAKER, TRIANA, AND SHANNON
## REVERSED AND RENDERED -- OPINION BY JUSTICE SHANNON

This is an appeal from the judgment signed by the trial court on November 13, 2018. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the judgment. Therefore, the Court reverses the trial court's judgment and renders judgment dismissing appellant's action without prejudice. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.